IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHARLES McCOY,

        Plaintiff,

vs.                          Civil Action 2:06-CV-1010
                                Judge Sargus
                                Magistrate Judge King

APRIL D. MARTIN,

        Defendant.

### ORDER

Plaintiff, a state prisoner, filed this action on November 28, 2006, but has not pursued the claims asserted herein. Moreover, it appears that plaintiff intended to voluntarily dismiss this action. *See Charles McCoy v. Anthony W. Shepherd, et al.*, C-2-06-262.[1]

Under these circumstances, this action is hereby **DISMISSED**.

7-27-07
Date

Edmund A. Sargus, Jr.
United States District Judge

---

[1] C-2-06-262 was voluntarily dismissed upon plaintiff's own motion. C-2-06-262, Doc. No. 67. Plaintiff thereafter filed a motion to reopen that case, explaining that it was this case that he had intended to voluntarily dismiss. C-2-06-262. Doc. No. 68.